UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,, a national banking association, Plaintiff(s), vs. GEORGE KRUNTCHEV, an individual, and PAUL WEISMANN, an individual Defendant(s). | Case No. 4:10CV1299 JCH |

## ORDER

Upon review of the record, the Court notes that the file contains no proof of service upon nor entry of appearance on behalf of defendant(s) **GEORGE KRUNTCHEV**. Because it does not appear that service of the complaint has been timely made within 120 days after the filing of the complaint on July 16, 2010.

IT IS HEREBY ORDERED, **pursuant to Fed.R.Civ.P. 4(m), that plaintiffs shall show cause in writing, within fourteen (14) days of the date of this order, why this action should not be dismissed without prejudice as to defendant(s)** GEORGE KRUNTCHEV, an individual **for lack of timely service.**

**Dated this** 23rd day of November , 2010.

_/s/ Jean C. Hamilton_
Honorable Jean C. Hamilton
UNITED STATES DISTRICT JUDGE